# Declaration of Jhave'll Moore Sr.

Pursuant to 28 U.S.C sec 1716

I certify under penalty of perjury under the laws of the United States of America that the contents of this Document are true and correct.

Executed on May 11, 2022

Jhave'll Moore Sr.

*Jhvll Moore Sr*

#1 I am the plantiff in this case 1:22-cv-01409 pending before the Honorable Judge Chang in the Northern District of Illinois.

#2 I filed my lawsuit by giving it to Correctional officer Chavez betwween November 15, 2021 and November 19, 2021.

#3 I used forms from the court and placed them in order attaching additional pages where instructed.

#4 In December 2021 I received mail from the clerk of court rejecting my filing because "pages in wrong order".

#5 I followed the page numbers on the complaint forms.

#6 After my filing was rejected I promptly attempted to refile but because I was transfered to Danville Correctional Center there was a address mis match.

Jhavell Moore Sr.
*Jhvll Moore Sr*
May 11, 2022