IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Jhave'll Moore<br><br>        Plaintiff,<br><br>  v.<br><br>The Village of Maywood,<br>Maywood Police Department,<br>Officer Smith, and Officer Dolan<br><br>        Defendants. | No.22-cv-01409<br><br>Judge: Hon. Edmund E. Chang<br><br><br><br>JURY TRIAL DEMANDED |

## STATUS REPORT

    Plaintiff Jhave'll Moore, by and through his undersigned counsel at First Defense Legal Aid, submits the following Status Report in accordance with this Court's order of September 7, 2022 [Dkt. 14]:

1. **Status of Service**

All Defendants have been served. Defendants Village of Maywood, Officer Smith, and Officer Dolan have executed Waivers of Service to the Clerk, which were received and added to the docket on September 12 [Dkt 16].

2. **Proposed Briefing Schedule for Plaintiff's Motion for Miscellaneous Relief**

On July 11, 2022, Plaintiff filed a Motion for Miscellaneous Relief, specifically, to correct the filing date of his Complaint [Dkt. 6]. The parties have agreed to the following proposed

1

briefing schedule for Plaintiff's Motion: Defendants will file their Response by October 19, 2022; Plaintiff shall Reply by October 26, 2022. The parties also agree to striking the October 24 deadline for Defendants to answer and otherwise plead, pending a ruling on Plaintiff's Motion.

Plaintiff respectfully requests that the Court enter an Order reflecting this briefing schedule and striking Defendants' October 24 deadline to answer or otherwise plead to the Complaint.

Respectfully submitted,

/s/ Daniel Massoglia
*One of Plaintiff's Attorneys*

Daniel Massoglia (#6317393)
First Defense Legal Aid
601 S. California Ave.
Chicago, IL 60612
P: 708-797-3066
E: daniel@first-defense.org