# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Jhave'll Giovon Moore Sr.

       Plaintiff,

v.                Case No.: 1:22–cv–01409
                 Honorable Edmond E. Chang

Village of Maywood, et al.

       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 29, 2024:

  MINUTE entry before the Honorable Heather K. McShain: Plaintiff's motion for a protective order [83] seeks an order directed to the Cook County Department of Corrections (CCDOC) to permit plaintiff to be unrestrained during his upcoming deposition. According to the motion, plaintiff's counsel has been in communication with the First Assistant Executive Director of Administration and Programs for Cook County Department of Corrections, who advised that CCDOC requires a court order to allow plaintiff to sit for his deposition without handcuffs or other restraints and expressed no other opposition. [83] ¶¶ 9–12. The motion also indicates that plaintiff's counsel have no safety concerns and that plaintiff has not received any disciplinary infractions for violence in Cook County Jail. [83] ¶¶ 7, 23. Defendants take no position on the motion. [83] ¶ 14. The motion [83] is granted for the reasons stated therein, and Cook County Department of Corrections is ordered to permit plaintiff to sit for his upcoming deposition without handcuffs or other restraints. Mailed notice. (pk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.