**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| JHAVE'LL MOORE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 22-cv-01409 |
| | ) | |
| VILLAGE OF MAYWOOD, et al. | ) | Hon. Edmond E. Chang |
| | ) | |
| Defendants. | ) | Hon. Heather K. McShain |
| | ) | |

**<u>NOTICE OF MOTION</u>**

PLEASE TAKE NOTICE that on October 10, 2024 at 8:30am, or as soon after as counsel may be heard by the Court, counsel for Plaintiff shall appear before the Honorable Judge Edmond E. Chang, or any Judge sitting in his stead, in Courtroom 2341 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 S. Deaborn St., Chicago, IL, or by remote means, and there present the undersigned counsel's Motion to Withdraw as counsel for Plaintiff.

Respectfully submitted,

/s/Joseph DiCola
*One of Plaintiff's Attorneys*

Joseph DiCola
First Defense Legal Aid
601 S. California Ave.
Chicago, IL 60612
708-967-3334
joseph@first-defense.org
*One of Plaintiff's Attorneys*

## **CERTIFICATE OF SERVICE**

I, Joseph DiCola, certify that a copy of the foregoing document was filed on October 6, 2024, using the CM/ECF system, which generates electronic notice to counsel of record.

/s/Joseph DiCola
*One of Plaintiff's Attorneys*