# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Jhave'll Giovon Moore Sr.
                              Plaintiff,

v.                                                              Case No.: 1:22–cv–01409
                                                               Honorable Edmond E. Chang

Village of Maywood, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 20, 2024:

      MINUTE entry before the Honorable Heather K. McShain: Before the Court is plaintiff's motion [97] for a protective order setting the Dirksen Building as the location for plaintiff to be deposed by defendants. Plaintiff states that defendants take no position on the motion. A telephonic motion hearing on plaintiff's motion [97] is set for 3:00 p.m. on 11/25/2024. To participate in the telephonic hearing, the dial–in number is 650–479–3207, followed by access code 1808 98 4405#. Press # to bypass the Attendee ID number. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. The Court acknowledges that plaintiff's motion indicates that personnel at the Cook County Jail, specifically sheriff's deputies, suggested that the deposition should occur at the courthouse. Prior to the motion hearing, plaintiff's counsel is to confer again with the facility to inquire about and confirm whether it is possible for plaintiff to be deposed at the Dirksen Building. Mailed notice. (pk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.